IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s),

v.

Defendant(s).

Case No.

Judge

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

  in favor of plaintiff(s)
  and against defendant(s)
  in the amount of $

   which ☐ includes    pre–judgment interest.
        does not include pre–judgment interest.

  Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

  Plaintiff(s) shall recover costs from defendant(s).

---

  in favor of defendant(s)
  and against plaintiff(s)

  other:

---

This action was *(check one)*:

 tried by a jury with Judge           presiding, and the jury has rendered a verdict.
 tried by Judge               without a jury and the above decision was reached.
 decided by Judge             on a motion

Date:             Thomas G. Bruton, Clerk of Court

                    , Deputy Clerk