IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GUSTAVO CARDENAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-03328 |
| v. | ) | |
| | ) | Honorable Jeffrey Cole |
| MARTIN J. O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon the motion of the Plaintiff, and with no objection from the Defendant, IT IS HEREBY ORDERED that Plaintiff's *Unopposed Motion for Authorization of Attorney Fees Pursuant to the Social Security Act, 42 U.S.C. §406(b)*, is GRANTED. Defendant shall award Plaintiff's attorneys, Joseph Sellers and Deborah Spector, of Spector & Lenz, P.C., $22,417.25 in attorney fees out of Plaintiff's withheld past-due benefits. Plaintiff's counsel will reimburse Plaintiff any fees previously received under the Equal Access to Justice Act, 28 U.S.C. §2412.

DATED THIS 16TH DAY OF APRIL, 2024.

_____
Jeffrey Cole
United States Magistrate Judge
Northern District of Illinois